## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**RAY ADLER and BRENDA ADLER**                                    **PLAINTIFFS**

**V.**                                          **CIVIL ACTION NO.1:06CV452 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY**                **DEFENDANT**

## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motions [51] [53] [54] [55] of State Farm Fire and Casualty Company to dismiss this action or to join the United States Small Business Administration as a party are **DENIED**.

**SO ORDERED** this 3rd day of May, 2007.

                                                                             s/ L. T. Senter, Jr.
                                                                             L. T. SENTER, JR.
                                                                             SENIOR JUDGE